## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Estate of Bruce Bradford and** | ) | |
| **Immaculada Bradford** | ) | **No. 14 B 12315** |
| | ) | |
| **47-6737290** | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Donald R. Cassling** |

### FIRST AND FINAL APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified

Public Accountants, request first and final compensation of $1,622.40 and expenses of $14.32

for the time period from February 7, 2015 through March 24, 2015. A detail is provided herein

for the Estate, which identifies by subject matter the services performed by the Applicant.

Additional detail is provided to reflect the function and individual performing said services.

Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is

the Affidavit pursuant to Bankruptcy Rule 2016.

### INTRODUCTION

This Court has jurisdiction over this First and Final Fee Application pursuant to 28 U.S.C. §

1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**ESTATE OF BRUCE BRADFORD AND IMMACULADA BRADFORD**

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11

of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1

of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the

Local Rules"), the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the

United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").


Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has

received or may receive in these cases with another person or party other than the Firm's

associates and other employees, or (b) any compensation another person or party has received or

may receive in these cases.


**GENERAL**


The Debtor filed a petition under Chapter 7 on or about April 2, 2014. A Trustee was

subsequently appointed. On or about February 6, 2015, Alan D. Lasko & Associates, P.C. was

approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the

Applicant's time for preparing the Estate's initial and final year 2015 income tax returns.

## ESTATE OF BRUCE BRADFORD AND IMMACULADA BRADFORD

### FEE APPLICATION

The fees sought by this First and Final Fee Application reflect an aggregate of 11.0 hours of ADLPC's time spent and recorded in performing services during the First and Final Compensation Period.  This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC.  In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which first and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive.  No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## ESTATE OF BRUCE BRADFORD AND IMMACULADA BRADFORD

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

|          |          |
|----------|----------|
| Cost     | $118.00  |

A recap of compensation for this category is as follows:

|                   | Hours | Rate       | Amount     |
|-------------------|-------|------------|------------|
| A. Lasko          | 0.2   | $  280.00  | $    56.00 |
| C. Wilson, Staff  | 1.0   | 62.00      | 62.00      |
|                   | 1.2   |            | $   118.00 |

## TAX PREPARATION

The Applicant incurred 9.8 hours in preparing the Estate's initial and final year 2015 income tax returns. Time also included performing tax planning with the Trustee, as well as including an estimate to prepare the Estate's information tax returns.

|          |            |
|----------|------------|
| Cost     | $1,504.40  |

A recap of compensation for this category is as follows:

|                    | Hours | Rate       | Amount      |
|--------------------|-------|------------|-------------|
| A. Lasko           | 3.5   | $  280.00  | $   980.00  |
| K. Seyller, Senior | 0.3   | 128.00     | 38.40       |
| B. Zhu, Staff      | 6.0   | 81.00      | 486.00      |
|                    | 9.8   |            | $  1,504.40 |

## ESTATE OF BRUCE BRADFORD AND IMMACULADA BRADFORD

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $275 | - | $280 |
| Manager/Director | 220 | - | 275 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its first and final fee period are as follows:

| Recap by Project | Amount |
|---|---|
| Billing | $    118.00 |
| Tax Preparation | 1,504.40 |
| Net Request | $  1,622.40 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 1.2 | $    118.00 | $    98.33 |
| Tax Preparation | 9.8 | 1,504.40 | $   153.51 |
| | 11.0 | $  1,622.40 | $   147.49 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the

## ESTATE OF BRUCE BRADFORD AND IMMACULADA BRADFORD

amount actually incurred by the Firm in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| Recap | | |
|---|---|---|
| Copy Costs | $ | 8.80 |
| Delivery | | 5.52 |
| | $ | 14.32 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.  ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;

ESTATE OF BRUCE BRADFORD AND IMMACULADA BRADFORD

    (C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

    (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this First and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this First and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended,

**ESTATE OF BRUCE BRADFORD AND IMMACULADA BRADFORD**

was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the first and final compensation sought herein for the Compensation Period is warranted.


**CONCLUSION AND REQUEST FOR RELIEF**

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $1,622.40 and expenses of $14.32 should be allowed for services by your Applicant for the period February 7, 2015 through March 24, 2015.


Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois 60603
(312) 332-1302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|                                          |     |                         |
|------------------------------------------|-----|-------------------------|
| IN RE:                                   | )   |                         |
|                                          | )   |                         |
| **Estate of Bruce Bradford and**        | )   |                         |
| **Immaculada Bradford**                  | )   | **No. 14 B 12315**      |
|                                          | )   |                         |
| 47-6737290                               | )   | **Chapter 7**           |
| **Debtor**                               | )   |                         |
|                                          | )   | **Hon. Donald R. Cassling** |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
              )      **SS.**
COUNTY OF COOK )

    I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.    I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Gina B. Krol, Chapter 7 Trustee in this case ("Trustee").

2.    I have read the First and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

 

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _24th_ day of March, 2015.

_____
Notary Public

> OFFICIAL SEAL
> CLAUDETTE WILSON
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:05/10/18

## EXHIBIT A

## ORDER OF EMPLOYMENT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-12315 |
| Bruce Bradford | ) | |
| Immaculada Bradford | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

### Order Authorizing Employment of Accountant

This cause coming to be heard upon the Application of GINA B. KROL, Trustee herein, to employ an accountant, with due notice having been given to all parties in interest and the Court being fully advised in the premise,

IT IS HEREBY ORDERED:

1) GINA B. KROL, Trustee, is authorized to employ ALAN D. LASKO, Certified Public Account, and the accounting firm ALAN D. LASKO & ASSOCIATES, P.C. to preform services for the benefit of this estate, and said employment is retroactive to January 27, 2015.

2) Compensation is to be paid to ALAN D. LASKO and ALAN D. LASKO & ASSOCIATES, P.C. pursuant to further order of this Court.

Enter:    *Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated:  February 06, 2015

**Prepared by:**

E. Philip Groben
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602

**EXHIBIT B**

**PERSONNEL**

## ESTATE OF BRUCE BRADFORD AND IMMACULADA BRADFORD

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 29 years.  He brings his 39 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

Karen Seyller – Senior

Ms. Seyller has worked on various insolvency and litigation matters for over a year.  She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work.  Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons.  Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years.  Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company.  Ms. Seyller has a

**ESTATE OF BRUCE BRADFORD AND IMMACULADA BRADFORD**

Bachelor's Degree in Accounting from Saint Xavier University. She has completed her work at John Marshall Law School.

<u>Bin Zhu – Staff</u>

Mr. Zhu is a staff accountant performing accounting and tax services. Mr. Zhu has a Bachelor's and Master's Degree in Accounting from Missouri State University. Mr. Zhu currently has one part of the CPA examination to complete.

**EXHIBIT C**

**STAFF LEVELS**

**ESTATE OF BRUCE BRADFORD AND IMMACULADA BRADFORD**

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

## **EXHIBIT D**

## **ACTUAL TIME FROM TIME SLIPS**

## EXHIBIT D-1

## TAX PREPARATION

3/24/2015
12:27 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page        1

---

## Selection Criteria

| Clie.Selection | Include: Bradford; Bradford.002; Bradford.012 |
| --- | --- |

Nickname       Bradford.002 | 4669
Full Name      Estate of Bruce and Immaculada Bradford
Address        c/o Gina B. Krol, Trustee
               105 W. Madison St.
               Suite 1100
               Chicago IL 60602

Phone 1                        Phone 2
Phone 3                        Phone 4
In Ref To      tax preparation
Fees Arrg.     By billing value on each slip
Expense Arrg.  By billing value on each slip
Tax Profile    Exempt
Last bill
Last charge    3/21/2015
Last payment                   Amount     $0.00

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
| --- | --- | --- | --- | --- | --- |
| 1/27/2015 128961 | A. Lasko 800 | 280.00 | 1.70 | 476.00 | Billable |
| | review of material received from trustee and prepared draft tax calculations related to proposed settlement with debtor | | | | |
| 2/14/2015 132907 | A. Lasko 800 | 280.00 | 0.10 | 28.00 | Billable |
| | review of file and status of job (partial n/c) | | | | |
| 3/19/2015 134137 | A. Lasko 800 | 280.00 | 0.40 | 112.00 | Billable |
| | compared draft return to planning calculations for income tax due by the estate | | | | |
| 3/19/2015 134143 | B. Zhu 800 | 81.00 | 4.80 | 388.80 | Billable |
| | Preparation of workpapers and tax return for 2015 | | | | |
| 3/19/2015 134148 | A. Lasko 800 | 280.00 | 0.70 | 196.00 | Billable |
| | review of workpapers and tax returns - initial and final 2015 | | | | |
| 3/20/2015 134160 | A. Lasko 800 | 280.00 | 0.20 | 56.00 | Billable |
| | prepared irs 60 day letter for 2015 | | | | |

3/24/2015
12:27 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page    2

Bradford.002: Estate of Bruce and Immaculada Bradford (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|--------------:|---------------:|---------------:|-------|
| 3/20/2015 134161 | A. Lasko 800 | 280.00 | 0.40 | 112.00 | Billable |
| | sign off of federal and state tax returns and irs 60 day copy and letter for 2015 | | | | |
| 3/21/2015 134282 | B. Zhu 800 | 81.00 | 1.20 | 97.20 | Billable |
| | Estimated time to prepare estate's final information tax returns and cover letter to trustee | | | | |
| 3/21/2015 134283 | K. Seyller 800 | 128.00 | 0.30 | 38.40 | Billable |
| | Estimated time to review estate's final information tax returns and cover letter to trustee | | | | |
| TOTAL | Billable Fees | | 9.80 | | $1,504.40 |

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---------|--------------|---------------:|---------:|-------:|-------|
| 3/20/2015 134269 | C. Wilson 115 | 8.80 | 1.000 | 8.80 | Billable |
| | Photocopy costs for 2015 Forms 1041 income tax returns - 88 pages @ $.10 per page. | | | | |
| 3/20/2015 134281 | C. Wilson 116 | 5.52 | 1.000 | 5.52 | Billable |
| | Delivery of 2015 Forms 1041 income tax returns to Gina Krol - confirmation #923343. | | | | |
| TOTAL | Billable Costs | | | | $14.32 |

## Calculation of Fees and Costs

| | Amount | Total |
|---|-------:|------:|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $1,504.40 | |
| Total of Fees (Time Charges) | | $1,504.40 |
| Costs Bill Arrangement: Slips By billing value on each slip. | | |

3/24/2015                          Alan D. Lasko & Associates, P.C.
12:27 PM                              Pre-bill Worksheet                                    Page      3

Bradford.002:Estate of Bruce and Immaculada Bradford (continued)

|                                         | Amount      | Total       |
| --------------------------------------- | ----------- | ----------- |
| Total of billable expense slips         | $14.32      |             |
| Total of Costs (Expense Charges)        |             | $14.32      |
|                                         |             |             |
| Total new charges                       |             | $1,518.72   |
| New Balance                             |             |             |
| Current                                 | $1,518.72   |             |
| Total New Balance                       |             | $1,518.72   |

**EXHIBIT D-2**

**BILLING TIME**

3/24/2015                                    Alan D. Lasko & Associates, P.C.
12:27 PM                                          Pre-bill Worksheet                                    Page        4

Nickname          Bradford.012 | 4670
Full Name         Estate of Bruce and Immaculada Bradford
Address           c/o Gina B. Krol, Trustee
                  105 W. Madison St.
                  Suite 1100
                  Chicago IL 60602

Phone 1                               Phone 2
Phone 3                               Phone 4
In Ref To         fee petition
Fees Arrg.        By billing value on each slip
Expense Arrg.     By billing value on each slip
Tax Profile       Exempt
Last bill
Last charge       3/24/2015
Last payment                          Amount      $0.00

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/24/2015<br>134406 | C. Wilson<br>800<br>Prepared fee petition. | 62.00 | 1.00 | 62.00 | Billable |
| 3/24/2015<br>134409 | A. Lasko<br>800<br>Prepared fee petition | 280.00 | 0.20 | 56.00 | Billable |
| TOTAL | Billable Fees | | 1.20 | | $118.00 |

Total of billable expense slips                                                                        $0.00

---

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips<br>Total of Fees (Time Charges) | $118.00 | $118.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $118.00 |
| New Balance<br>Current | $118.00 | |

3/24/2015                          Alan D. Lasko & Associates, P.C.
12:27 PM                              Pre-bill Worksheet                          Page      5

Bradford.012:Estate of Bruce and Immaculada Bradford (continued)

|  | Amount | Total |
|---|---|---|
| Total New Balance |  | $118.00 |