UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
BRADFORD, IMMACULADA § Case No. 14-12315 DRC
BRADFORD, BRUCE M. §
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/22/2015 in Courtroom 241,
Kane County Courthouse
100 S. Third Street
Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/27/2015          By: CLERK OF BANKRUPTCY COURT
                                      Clerk of US Bankruptcy Court


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
BRADFORD, IMMACULADA   §   Case No. 14-12315 DRC
BRADFORD, BRUCE M.     §
        §
    Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 555,000.00 |
| and approved disbursements of | $ | 436,280.95 |
| leaving a balance on hand of[1] | $ | 118,719.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 22,093.32 | $ 0.00 | $ 22,093.32 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 1,622.40 | $ 0.00 | $ 1,622.40 |
| Other: Alan D. Lasko | $ 14.52 | $ 0.00 | $ 14.52 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 23,730.24 |
| Remaining Balance | $ 94,988.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,831.54  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 4,032.23 | $ 0.00 | $ 4,032.23 |
| 000002 | Navient Solutions, Inc. Department of Education Loan Services P.O. Box 9635 Wilkes-Barre, PA 18773-9635 | $ 1,872.80 | $ 0.00 | $ 1,872.80 |
| 000003 | MMCA PO BOX 9940 MOBILE, AL 36691-0940 | $ 9,158.97 | $ 0.00 | $ 9,158.97 |
| 000004 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 1,767.54 | $ 0.00 | $ 1,767.54 |
| | Total to be paid to timely general unsecured creditors | | $ | 16,831.54 |
| | Remaining Balance | | $ | 78,157.27 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 23.62 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $ 78,133.65 .

     Prepared By: /s/GINA B. KROL
                                Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                                 Case No. 14-12315-DRC
Immaculada Bradford                                                    Chapter 7
Bruce M. Bradford
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 2              Date Rcvd: Apr 28, 2015
                              Form ID: pdf006             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2015.
db           +Immaculada Bradford,    517 S Washington,    Wheaton, IL 60187-5435
jdb          +Bruce M. Bradford,   147 N Lambert Road,    Glen Ellyn, IL 60137-5382
21749029      AMEX,    Bankruptcy Department,    PO Box 981535,    El Paso, TX 79998-1535
21749030     +AMEX,   Attn: Bankruptcy Department,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
22234753      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21749032    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     4161 Piedmont Pkwy.,    Greensboro, NC 27410)
21749033      Bill Me Later,    Correspondence,    PO Box 2394,    Omaha, NE 68103-2394
22140522      Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
21749034     +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
21749035     +CenterOne Financial Services,    PO Bpx 91614,    Mobile, AL 36691-1614
21749036     +Chase,   Attn: Bankruptcy Dept,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
21749037     +Chase Bank,   c/o Creditors Bankruptcy Service,     PO Box 740933,   Dallas, TX 75374-0933
21749038      Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
21749039     +Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
21749040     +Chasecard,   Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
22167188      MMCA,   PO BOX 9940,    MOBILE, AL 36691-0940
21749041     +Mitsubishi Motors Credit,    PO Box 91614,    Mobile, AL 36691-1614
22149691      Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
              Wilkes-Barre, PA 18773-9635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21749031       E-mail/Text: bankruptcy@icsystem.com Apr 29 2015 01:55:18      AT & T UVERSE,
               c/o IC Systems Collections,    PO Box 64378,   Saint Paul, MN 55164-0378
21749042       E-mail/PDF: pa_dc_claims@navient.com Apr 29 2015 01:45:14      Sallie Mae,   PO Box 9635,
               Wilkes Barre, PA 18773-9635
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2015 at the address(es) listed below:
              Casey B Hicks    on behalf of Creditor    Mitsubishi Motors Credit of America, Inc.
               chicks@weltman.com, ecfnil@weltman.com
              Christopher M Brown    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delware Limited
               Liability Company northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              David M Siegel    on behalf of Debtor Immaculada  Bradford davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              David M Siegel    on behalf of Joint Debtor Bruce M. Bradford davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol    on behalf of Accountant Alan D Lasko gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2              Date Rcvd: Apr 28, 2015
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                           TOTAL: 11