UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
BRADFORD, IMMACULADA § Case No. 14-12315 DRC
BRADFORD, BRUCE M. §
 §
        Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 230,653.60<br>*(Without deducting any secured claims)* | Assets Exempt: 43,800.00 |
| Total Distributions to Claimants:  16,855.16 | Claims Discharged<br>Without Payment:  8,594.00 |
| Total Expenses of Administration:  360,011.19 | |

   3) Total gross receipts of $ 555,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 178,133.65  (see **Exhibit 2**), yielded net receipts of $ 376,866.35  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 349,739.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 360,011.19 | 360,011.19 | 360,011.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,786.00 | 16,831.54 | 16,831.54 | 16,855.16 |
| **TOTAL DISBURSEMENTS** | $ 369,525.00 | $ 376,842.73 | $ 376,842.73 | $ 376,866.35 |

   4)  This case was originally filed under chapter 7 on  04/02/2014 .  The case was pending for 17 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/27/2015               By: /s/GINA B. KROL
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT CLAIMS | 1149-000 | 555,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 555,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bruce Bradford | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-000 | 100,000.00 |
| BRUCE BRADFORD | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 78,133.65 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 178,133.65** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 4161 Piedmont Pkwy. Greensboro, NC 27410 | | 332,739.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mitsubishi Motors Credit PO Box 91614 Mobile, AL 36691 | | 17,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 349,739.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 22,093.32 | 22,093.32 | 22,093.32 |
| ASSOCIATED BANK | 2600-000 | NA | 283.36 | 283.36 | 283.36 |
| DEPARTMENT OF TREASURY | 2810-000 | NA | 84,086.00 | 84,086.00 | 84,086.00 |
| ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | 14,182.00 | 14,182.00 | 14,182.00 |
| MR. TIMOTHY COFFEY | 3210-600 | NA | 222,000.00 | 222,000.00 | 222,000.00 |
| MR. TIMOTHY COFFEY | 3220-610 | NA | 15,729.59 | 15,729.59 | 15,729.59 |
| ALAN D. LASKO | 3410-000 | NA | 1,622.40 | 1,622.40 | 1,622.40 |
| ALAN D. LASKO | 3420-000 | NA | 14.52 | 14.52 | 14.52 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 360,011.19 | $ 360,011.19 | $ 360,011.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T UVERSE c/o IC Systems Collections PO Box 64378 Saint Paul, MN 55164-0378 | | 124.00 | NA | NA | 0.00 |
| | Bill Me Later Correspondence PO Box 2394 Omaha, NE 68103-2394 | | 1,403.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase/Bank One Card Serv PO Box 15298 Wilmington, DE 19850 | | 2,892.00 | NA | NA | 0.00 |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850 | | 4,175.00 | NA | NA | 0.00 |
| 000002 | NAVIENT SOLUTIONS, INC. | 7100-000 | 1,927.00 | 1,872.80 | 1,872.80 | 1,872.80 |
| 000004 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 1,491.00 | 1,767.54 | 1,767.54 | 1,767.54 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 3,599.00 | 4,032.23 | 4,032.23 | 4,032.23 |
| 000003 | MMCA | 7100-900 | 4,175.00 | 9,158.97 | 9,158.97 | 9,158.97 |
| | AMERICAN EXPRESS BANK, FSB | 7990-000 | NA | NA | NA | 2.48 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 5.66 |
| | MMCA | 7990-000 | NA | NA | NA | 12.85 |
| | NAVIENT SOLUTIONS, INC. | 7990-000 | NA | NA | NA | 2.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 19,786.00 | $ 16,831.54 | $ 16,831.54 | $ 16,855.16 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 14-12315　DRC　Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BRADFORD, IMMACULADA | Date Filed (f) or Converted (c): | 04/02/14 (f) |
| | BRADFORD, BRUCE M. | 341(a) Meeting Date: | 04/30/14 |
| For Period Ending: | 08/27/15 | Claims Bar Date: | 09/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME 147 N. LAMBERT RD. GLEN ELLYN, | 252,189.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account at Charter One | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS  T.V., & Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL  Normal Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. FIREARMS AND HOBBY EQUIPMENT  Firearms (Guns); Expensive Equipment (Sports, Hobby) P.P.J. Hand Gun & 340 Rifle | 500.00 | 0.00 | | 0.00 | FA |
| 6. CONTINGENT CLAIMS  Husband's Wrongful Termination Northern District of Illinois Bradford v. Village of Lombard - 11 C 37 Attorney for Plaintiff: Timothy Coffey, Esq. | Unknown | 0.00 | | 555,000.00 | FA |
| 7. VEHICLES  2010 Mitsubishi Galant Mitsubishi Motors Credit Secured Lien $25,000 | 9,575.00 | 0.00 | | 0.00 | FA |
| 8. VEHICLES  2004 Volkswagen Golf | 3,175.00 | 0.00 | | 0.00 | FA |
| 9. Emergency Cash Fund (u) | 1,100.00 | 0.00 | | 0.00 | FA |
| 10. Checking account at Community Bank Wheaton | 314.60 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)　　$269,853.60　　$0.00　　　　$555,000.00　　$0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-12315   DRC   Judge: Donald R. Cassling | Trustee Name:  GINA B. KROL |
| Case Name: | BRADFORD, IMMACULADA | Date Filed (f) or Converted (c):  04/02/14 (f) |
| | BRADFORD, BRUCE M. | 341(a) Meeting Date:  04/30/14 |
| | | Claims Bar Date:  09/08/14 |

TFR submitted to UST for review

April 16, 2015, 09:42 am

Mr. Bradford has pending wrongful termination action. Trustee employed special counsel. Trial to be held before end of year.

October 01, 2014, 04:41 pm

Initial Projected Date of Final Report (TFR): 12/31/15   Current Projected Date of Final Report (TFR): 12/31/15

/s/   GINA B. KROL
_____   Date: 08/27/15
     GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-12315 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BRADFORD, IMMACULADA | Bank Name: | ASSOCIATED BANK |
| | BRADFORD, BRUCE M. | Account Number / CD #: | *******7731 Checking Account |
| Taxpayer ID No: | *******7290 | | |
| For Period Ending: | 08/27/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/15 | 6 | Lexington Insurance Company Syracuse, NY 13206 | Settlement | 1149-000 | 555,000.00 | | 555,000.00 |
| 03/19/15 | 030001 | Mr. Timothy Coffey 351 W. Hubbard Suite 602 Chicago, IL 60654 | Special Counsel Fees | 3210-600 | | 222,000.00 | 333,000.00 |
| 03/19/15 | 030002 | Mr. Timothy Coffey 351 W. Hubbard Suite 602 Chicago, IL 60654 | Special Counsel Expenses | 3220-610 | | 15,729.59 | 317,270.41 |
| 03/19/15 | 030003 | Bruce Bradford 147 N. Lambert Road Glen Ellyn, IL 60137 | Initial Surplus per Court Order | 8200-000 | | 100,000.00 | 217,270.41 |
| 03/23/15 | 030004 | Department of Treasury Internal Revenue Service Cincinnati, OH 45999-148 | Estate 1040 Liability | 2810-000 | | 84,086.00 | 133,184.41 |
| 03/23/15 | 030005 | Illinois Dept. of Revenue PO Box 19053 Springfield, IL 62794-9053 | Estate's IL-1040 Liability | 2820-000 | | 14,182.00 | 119,002.41 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 283.36 | 118,719.05 |
| 05/22/15 | 030006 | Gina B. Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution Trustee's Fees | 2100-000 | | 22,093.32 | 96,625.73 |
| 05/22/15 | 030007 | Alan D. Lasko 120 S. LaSalle St. Chicago, IL 50502 | Final Distribution Accountant Fees | 3410-000 | | 1,622.40 | 95,003.33 |
| 05/22/15 | 030008 | Alan D. Lasko 120 S. LaSalle St. Chicago, IL 50502 | Final Distribution Accountant Expenses | 3420-000 | | 14.52 | 94,988.81 |

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-12315 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BRADFORD, IMMACULADA | | Bank Name: | ASSOCIATED BANK |
| | BRADFORD, BRUCE M. | | Account Number / CD #: | *******7731  Checking Account |
| Taxpayer ID No: | *******7290 | | | |
| For Period Ending: | 08/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/22/15 | 030009 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | | | 4,037.89 | 90,950.92 |
| | | | Claim    4,032.23 | 7100-900 | | | |
| | | | Interest     5.66 | 7990-000 | | | |
| 05/22/15 | 030010 | Navient Solutions, Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | Final Distribution | | | 1,875.43 | 89,075.49 |
| | | | Claim    1,872.80 | 7100-000 | | | |
| | | | Interest     2.63 | 7990-000 | | | |
| 05/22/15 | 030011 | MMCA<br>PO BOX 9940<br>MOBILE, AL 36691-0940 | Final Distribution<br>(3-1) 0090 | | | 9,171.82 | 79,903.67 |
| | | | Claim    9,158.97 | 7100-900 | | | |
| | | | Interest    12.85 | 7990-000 | | | |
| 05/22/15 | 030012 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(4-1) CREDIT CARD DEBT | | | 1,770.02 | 78,133.65 |
| | | | Claim    1,767.54 | 7100-900 | | | |
| | | | Interest     2.48 | 7990-000 | | | |
| 05/22/15 | 030013 | BRUCE BRADFORD<br>WHEATON, IL  60187 | Final Distribution<br>Surplus Funds | 8200-002 | | 78,133.65 | 0.00 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 18.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-12315 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BRADFORD, IMMACULADA | Bank Name: | ASSOCIATED BANK |
| | BRADFORD, BRUCE M. | Account Number / CD #: | *******7731 Checking Account |
| Taxpayer ID No: | *******7290 | | |
| For Period Ending: | 08/27/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******7731

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 555,000.00 | 13 | Checks | 554,716.64 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 283.36 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 555,000.00 | | | |
| | | | | Total | $ 555,000.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 555,000.00 | | | |

/s/   GINA B. KROL

Trustee's Signature: _____  Date: 08/27/15
          GINA B. KROL